IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIK RISCH *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>LISA PALLUCONI, in her official capacity as Acting Director of Office of Foreign Assets Control, *et al.*,<br><br>      *Defendants*. | No. 1:25-cv-00393 (CKK) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that undersigned attorney Bonnie Devany, of the United States Department of Justice, hereby enters her appearance as lead counsel for Defendants.

Date:  April 11, 2025

Respectfully submitted,

*/s/ Bonnie E. Devany*
BONNIE E. DEVANY
Trial Attorney (Tex. Bar No. 24131173)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8101
Email: bonnie.e.devany@usdoj.gov

*Counsel for Defendants*

1